# United States Court of Appeals
## For the First Circuit

No. 11-1026

DULCE DELGADO, as Administrator of The Estate of Jason C.
Goncalves; ROSA BERROA, as Mother and Next Friend of of J.X.G.
and J.B.,

Plaintiffs, Appellants,

v.

PAWTUCKET POLICE DEPARTMENT; CITY OF PAWTUCKET, by and through
its Finance Director Ronald Wunschel; RICHARD LAFOREST, in his
individual capacity and official capacity; CHRISTOPHER R.
LOMBARDI, in his individual capacity and official capacity;
GEORGE L. KELLEY, in his official capacity,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on February 9, 2012 is
amended as follows:

On page 13, line 14: Replace "Rule (a)(4)(C)" with "Rule 32
(a)(4)(C)"